≾AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

____NORTHERN____ District of ____NEW YORK____

Wagner, Michael; Ingersoll, Levi; Fenwick, Ken; Alpaugh, Sidney; and similarly situated individuals

V.

The County of Schenectady; Chair of the Schenectady Legislature Susan Savage; Schenectady County Sheriff's Office; Sheriff of the County of Schenectady Harry Buffardi; Undersheriff of the County of Schenectady Gordon Pollard; Erie County; Erie County Executive Chris Collins; Erie County Sheriff's Office; Sheriff of the County of Erie Timothy B. Howard; Superintendent of the New York State Police Harry J. Corbitt; Chair of the Governor's Traffic Safety Committee David J. Swarts; New York State Police Major William Sprague; New York State Police Lieutenant Daniel Larkin; New York State Police Sergeant Jim Halversen; Unknown New York State Police Troopers and agents, servants and or employees of Erie County, Schenectady County, the Erie County Sheriff's Office and/or t

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   1:09-CV-0652 GLS/DRH

TO: (Name and address of Defendant)

> Major William Sprague
> N.Y.S. Police, Troop G Headquarters
> 504 Loudon Road
> Loudenville, N.Y. 12211-1454

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Proner & Proner
> 60 East 42nd Street, Suite 1448
> New York, New York 10165

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_/s/ Lawrence K. Baerman_
Clerk of Court

DATE: 6/5/2009

/s/Wendy Lindskoog
(By) DEPUTY CLERK

AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                  Date                      *Signature of Server*

                                                _____
                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.