==============================================================================

## \* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

NORTHERN    **DISTRICT OF**    NEW YORK

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO.**  1:09-cv-652(GLS/DRH)

**MICHAEL WAGNER, LEVI INGERSOLL,
KEN FENWICK and SIDNEY ALPAUGH**

  v.

**DAVID J. SWARTS, et al.**

| | |
|---|---|
| | **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict. |
| **X** | **DECISION BY COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED, that defendants' motion for summary judgment (Dkt. No. 61) is GRANTED.  That plaintiffs' cross-motion for summary judgment and class certification (Dkt. No. 64) is DENIED.  That all claims against defendants are DISMISSED, in accordance with the Memorandum-Decision and Order issued by U.S. District Judge Gary L. Sharpe on November 17, 2011.**

November 17, 2011                                    **LAWRENCE K. BAERMAN**
                                                                           CLERK OF THE COURT

                                                        BY:      S/
                                                                   DEPUTY CLERK
                                                                   John Law